20 November 2007

Elizabeth Shumaker
Circuit Clerk
United States Court of Appeals
United States Courthouse, 10th Circuit
Byron White U.S. Courthouse
Denver, CO 80257

    re: <u>Miller v. Albuquerque Public Schools,</u>
       Case No. 06-2345
    (Oral argument was 11-14-2007 and case is pending)

Dear Ms. Shumaker,

    Pursuant to order of Judge Briscoe at oral argument on November 14, 2007, and Federal Rule of Appellate Procedure 28(j), Plaintiff/Appellant Miller submits additional Tenth Circuit cases, relating to interpretation of the "any matter" phrase describing the scope of IDEA due process (20 U.S.C. §1415(b)(6) and §1415(f) (1997)), which were referenced in rebuttal argument:

    (1)    <u>Hayes v. Unified Sch. Dist. No. 377,</u> 877 F.2d 809, 813 (10th Cir. 1989)

    The Tenth Circuit Court of Appeals dismissed the parents' civil rights lawsuit for failure to exhaust administrative remedies under the EHA [predecessor to IDEA] on the use of a "time-out" room for discipline of children with disabilities. The Court rejected parents' argument that the issue was outside the scope of the EHA. The "time-out" room issue was related to provision of FAPE and fell under the statute's requirement that parents are to be provided "an opportunity to present complaints with respect to *any matter* relating to . . . the provision of a free appropriate public education." (Emphasis in original).

    *Relevance:* The Tenth Circuit has previously enforced the "any matter" descriptor to ensure that parents fully pursue administrative hearings which

explore all facts and issues related to provision of FAPE.

   (2)   McQueen v. Colorado Springs Sch. Dist. No. 11, 488 F.3d 868 (10th Cir. 2007)

Tenth Circuit Court of Appeals dismissed parents' complaint for failure to exhaust administrative remedies because bifurcated administrative proceedings had addressed only school district policy as a legal question without development of factual record on the individual student. The opinion implicitly recognizes that district policy or systemwide practice is subject to consideration in an IDEA due process proceeding when linked to deprivation of FAPE for a specific child as shown by a full evidentiary record concerning the child.

*Relevance:* The Tenth Circuit does not reject evidence on district policy or systemwide practice as being outside the scope of IDEA due process: appellate review of policy/practice issues must be linked to particular child's education as developed through a full factual record.

                    Respectfully submitted,


                    Gail Stewart
                    STEVEN GRANBERG, ATTORNEY AT LAW
                    1400 Central SE, Suite 3300
                    Albuquerque, NM 87106
                    (505) 244-3779
                    *Attorney for Plaintiff/Appellant Leslie Miller*

cc: Andrea K. Robeda
    Michael Carrico
    *Attorneys for Albuquerque Public Schools*