

MODRALL SPERLING
LAWYERS

December 20, 2007

Andrea K. Robeda
505.848.1877
Fax: 505.848.9710
akr@modrall.com

Elisabeth A. Shumaker
Circuit Clerk
U. S. Courthouse, 10th Circuit
Byron White U. S. Courthouse
1823 Stout Street
Denver, Colorado 80257

Re:   *Miller v. Board of Education of the Albuquerque Public Schools*
      Case No. 06-2345

Dear Ms. Shumaker:

    Appellee Board of Education of the Albuquerque Public Schools ("APS") submits this response to Appellant's citation of supplemental authority. The supplemental authority relied upon by Appellant in rebuttal does not provide the Court with any guidance as to what constitutes "any matter" under IDEA and should therefore not be considered by the Court.

    *Hayes v. Unified Sch. Dist. No. 377*, 877 F.2d 809 (10th Cir. 1989), does not give a parent the broad license to challenge school policy. In that case, this Court held that the use of the time-out room was related to the provision of FAPE *to the particular child* and therefore that it constituted "any matter" under IDEA. *Id.* at 813 ("Here, the school's use of the time-out room was clearly related to providing an appropriate public education for the plaintiffs.") *Hayes* stands for the proposition that if the use of a particular school service is related to the provision of FAPE to a particular child, then it may be relevant to the "any matter" consideration under IDEA.

    In *McQueen v. Colorado Springs Sch. Dist. No. 11*, 488 F.3d 868 (10th Cir. 2007) this Court limited its consideration of "any matter" under IDEA to matters that concerned a particular student. In that case, the parents sought to challenge the school district's policy for provision of extended school year services. This Court held that it lacked jurisdiction because still to be decided was whether the child's individualized education program provided a free appropriate public education. This Court's holding was closely tied to the

Modrall Sperling
Roehl Harris & Sisk P.A.

Bank of America Centre
500 Fourth Street NW
Suite 1000
Albuquerque,
New Mexico 87102

PO Box 2168
Albuquerque,
New Mexico 87103-2168

Tel: 505.848.1800
www.modrall.com

Elisabeth Shumaker
December 20, 2007
Page 2

exhaustion requirement under IDEA and thus actually supports APS' point. Appellant cannot use the "any matter" provision under IDEA to back door a class action claim to challenge school policy especially where she has failed to exhaust her administrative remedies as to that claim.

                                              Respectfully Submitted,

                                              Andrea K. Robeda
                                              Modrall, Sperling, Roehl, Harris & Sisk
                                              Post Office Box 2168
                                              Albuquerque, New Mexico 87103-2168
                                              505.848.1800
                                              *Counsel for Defendant/Appellee Board of Education of the Albuquerque Public Schools*

cc:    Gail Stewart (attorney for Appellant)